**William Michael HUGGINS, Plaintiff-Appellant,**

v.

**Officer ROACH; Drew Stanley; Dennis Rowland, Defendants-Appellees.**

**No. 16-7382**

United States Court of Appeals, Fourth Circuit.

Submitted: February 23, 2017

Decided: March 1, 2017

William Michael Huggins, Appellant Pro Se. Joseph Finarelli, Special Deputy Attorney General, Raleigh, North Carolina, for Appellees.

Before TRAXLER and WYNN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Michael Huggins appeals the district court's order and judgment accepting the recommendation of the magistrate judge and granting summary judgment to the Defendants and dismissing Huggins' civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Huggins v. Roach, No. 5:15-ct-03002-BO, 2016 WL 5106984 (E.D.N.C. Sept. 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED